IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL | * |
| | * |
| Plaintiff | |
| | * |
| v. | Case No. |
| | * |
| ALLIEDBARTON SECURITY SERVICES, LLC | |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT IN SUPPORT OF REMOVAL

I, Michael A. Meehan, being of lawful age, competent to testify, and having personal knowledge of the facts set forth herein, do hereby swear and affirm under the penalties of perjury that the following statements are true and correct:

1. I am employed as the Vice President and Deputy General Counsel for AlliedBarton Security Services LLC.

2. AlliedBarton Security Services LLC is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at Eight Tower Bridge, 161 Washington Street, Suite 600, Conshohocken, PA 19428.

3. AlliedBarton Security Services LLC does not maintain a principal place of business in the Commonwealth of Virginia or in the District of Columbia.

AlliedBarton Security Services LLC

By: _____
Michael A. Meehan
Vice President and Deputy General Counsel

Dated: 11/11/14