IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL | * |
| Plaintiff | * |
| v. | * Civil Action No. 14-1904 (JEB) |
| ALLIEDBARTON SECURITY SERVICES, LLC | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE IN RESPONSE TO COURT ORDER OF NOVEMBER 12, 2014**

The Defendant, AlliedBarton Security Services LLC, by its attorneys, Bacon, Thornton & Palmer, L.L.P., in response to the court order of November 12, 2014 regarding the listing of the members of AlliedBarton Security Services LLC, states as follows:

1. Filed herewith is a Supplemental Affidavit of Michael A. Meehan, Vice President and Deputy General Counsel of AlliedBarton Security Services LLC, providing the responsive information.

BACON THORNTON & PALMER, L.L.P.

By: __/s/Edward C. Bacon_____
Edward C. Bacon #270124
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, Maryland 20770
(301) 345-7001
ebacon@lawbtp.com
Attorneys for AlliedBarton Security Services, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of November, 2014, a copy of the foregoing Line was served via ECF upon:

John M. Shoreman, Esq.
McFadden & Shoreman
1050 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036

/s/*Edward C. Bacon*
Edward C. Bacon