# Exhibit 1

| | | |
|---|---|---|
| William C. Whitmore, Jr.<br>[redacted]<br>Malvern, PA 19355 | James Gillece<br>[redacted]<br>Phoenixville, PA 19460 | Kenneth Bukowski<br>[redacted]<br>Houston , TX 77095 |
| William A. Torzolini<br>[redacted]<br>Blue Bell, PA 19422 | Mitchell Weiss<br>[redacted]<br>Mount Laurel, NJ 08054 | Guy Hassfield<br>[redacted]<br>Plainfield, IL 60544 |
| David I. Buckman<br>[redacted]<br>Merion, PA 19066 | Paul Laconi<br>[redacted]<br>Audubon, PA 19403 | Deborah Pecci<br>[redacted]<br>Paoli, PA 19301 |
| Ronald Rabena<br>[redacted]<br>Philadelphia, PA 19145 | Michael Meehan<br>[redacted]<br>Lower Gwynedd, PA 19002 | Nancy Peterson<br>[redacted]<br>Marion Station, PA 19066 |
| Glenn Rosenberg<br>[redacted]<br>Peewee Valley, KY 40056 | Robert Chartier<br>[redacted]<br>Cranberry Township, PA 16066 | Jon Rodenspiel<br>[redacted]<br>El Dorado Hills, CA 95762 |
| Randal R. Darn<br>[redacted]<br>San Antonio, TX 78255 | Richard Michau<br>[redacted]<br>Palm Beach Gardens, FL 33418 | Brian O'Connell<br>[redacted]<br>Palatine, IL 60067 |
| George Council<br>[redacted]<br>King of Prussia, PA 19406 | Charles Bohnenberger<br>[redacted]<br>Wayne, PA 19087 | Carol Johnson<br>[redacted]<br>Conshohocken, PA 19428 |
| James M. Coleman<br>[redacted]<br>Philadelphia, PA 19145 | | David Silvey<br>[redacted]<br>Peabody, MA 01960 |
| Douglas W. Fogwell<br>[redacted]<br>Winfield, IL 60190 | Kara E. Braun<br>[redacted]<br>San Rafael, CA 94903-2505 | Paul Stab<br>[redacted]<br>West Grove, PA 19390 |
| Mimi Lanfranchi<br>[redacted]<br>Antioch, IL 60002 | Michael Benjamin<br>[redacted]<br>Littleton, CO 80127 | DelMar Laury<br>[redacted]<br>Mooresville, NC 28117 |

| | | |
|---|---|---|
| Keith Kepler<br>Johns Creek, GA 30097 | Betty Ritts<br>Southampton, NJ 08088 | Stephen Aborn<br>Plymouth, MA 02360 |
| Paul van Gorkom<br>West Chicago, IL 60185 | Richard Cordivari<br>Glen Mills, PA 19342 | Andrew Daniels<br>Coral Springs, FL 33076 |
| Ken Bower<br>Brentwood, CA 94513 | Alan Stein<br>Pittsburgh, PA 15241 | John Littler<br>Naperville, IL 60565 |
| Kevin Hudson<br>Phoenixville, PA 19460 | Jeff Gillaspie<br>Woodstock, IL 60098 | Luisa Nunez<br>Glen Mills, PA 19342 |
| James Gorman<br>Glenside, PA 19038 | Scott Walters<br>Atlanta, GA 30328 | Steve Sacchetti<br>Millstone Township, NJ 08535 |
| Michael Smidt<br>Irvine, CA 92602 | Charles Pizza<br>Philadelphia, PA 19128 | John Valdez<br>Fullerton, CA 92835 |
| Peter Haas<br>Plano, TX 75025 | Bud Bradley<br>Fairless Hills, PA 19030 | Tracy Fuller<br>Austin, TX 78746 |
| Richard Mullan<br>Davie, FL 33330 | Caress Kennedy<br>White Plains, NY 10605 | Scott Parrill<br>Naperville, IL 60564 |
| Rik Lisko<br>Flower Mound, TX 75028 | Brent O'Bryan<br>Havertown, PA 19083 | James Smolarski<br>Wallingford, PA 19086 |
| Deborah Brantley<br>Valley Forge, PA 19481 | Catherine King<br>Huntington Woods, MI 48070 | |