**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EUGENE NYAMBAL | * |
| | * |
| Plaintiff | |
| | * |
| v. | Civil Action No.  14-1904 (JEB) |
| | * |
| ALLIEDBARTON SECURITY SERVICES, LLC | |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consider of the Motion filed herein by Defendant AlliedBarton Security Services, LLC, to dismiss the Complaint with prejudice for failure to state a claim upon which relief can be granted, it is this _____ day of _____, 2014,

**ORDERED**, that the Motion be and the same hereby is **GRANTED**, and it is further

**ORDERED**, that all claims against the Defendant, AlliedBarton Security Services, LLC, be and the same are hereby dismissed with prejudice.

_____
Judge James E. Boasberg
**United States District Court of the District of Columbia**

Copies to:

Edward C. Bacon, Esq.
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 500
Capitol Office Park
Greenbelt, MD  20770

John M. Shoreman, Esq.
McFadden & Shoreman
1050 Connecticut Avenue
Suite 1000
Washington, D.C. 20036