## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL | : |
| Plaintiff, | : |
| | : Case No. 1:14-1904 (EGS) |
| v. | : |
| ALLIEDBARTON SECURITY SERVICES, LLC | : |
| Defendant | : |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Donald M. Temple, Esquire hereby enters his appearance as counsel of record on behalf of Plaintiff, Eugene Nyambal, in the above captioned matter.

                                                                       Respectfully submitted

                                                                       *Donald M. Temple*

                                                                       Donald M. Temple, Esq. (#408749)
                                                                       Donald M. Temple, P.C.
                                                                       1101 15th Street, NW Suite 203
                                                                       Washington, DC 20005
                                                                       (202) 628-1101 Phone
                                                                       (202) 628-1149 Fax
                                                                       dtemplelaw@gmail.com
                                                                       *Counsel forPlaintiff*