THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:14-1904 (EGS) |
| v. | ) |
| | ) |
| ALLIEDBARTON SECURITY SERVICES, LLC | ) |
| | ) |
| Defendant. | ) |

# MOTION TO WITHDRAW APPEARANCE
## OF DONALD M. TEMPLE, ESQ.

Comes Now Donald M. Temple, Esq., by and through the undersigned counsel, and respectfully moves this Honorable Court to withdraw the undersigned as Counsel for Plaintiff, Eugene Nyambal. Reasons in support of this motion are stated more fully below.

1. Donald Temple, P.C. and the undersigned have served as counsel to Eugene Naymbal for the limited purposes of preparing and filing a Motion for Reconsideration in the above-captioned matter. The undersigned counsel has dutifully filed said Motion for Reconsideration and a Reply thereto.

2. As of this writing, the undersigned has developed irreconcilable differences with Plaintiff. As a result of these circumstances and the underlying irreconcilable differences, it is the undersigned's professional assessment that the undersigned and the law firm of Donald M. Temple, P.C. are unable to continue to represent Mr. Nyambal in this matter.

3. Plaintiff has acted accordingly and is apparently determined to proceed *pro se*. More specifically, on July 26, 2016, Plaintiff informed the undersigned that he filed a Motion to Supplement the record herein, in which he also requested that the undersigned counsel be released from the case.

4. Prior notice regarding the filing of this Motion was transmitted via electronic mail to Mr. Eugene Nyambal.

Accordingly, the undersigned urges the Court to order the immediate withdrawal of the appearance of Donald M. Temple as counsel for Plaintiff Eugene Nyambal.

Respectfully submitted,

TEMPLE LAW OFFICES

*Donald M. Temple*
Donald M. Temple, Esq. #408749
1101 15th Street., NW; Suite 203
Washington, D.C. 20005
(202) 628-1101
dtemplelaw@gmail.com

# THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| EUGENE NYAMBAL | ) |
| --- | --- |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 1:14-1904 (EGS) |
| v. | ) |
| | ) |
| ALLIEDBARTON SECURITY | ) |
| SERVICES, LLC | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

It is hereby ordered, given Plaintiff's representations to this Court, his independent filings consistent therewith, and Counsel's representations, for good cause shown, that Donald M. Temple, Esq. is hereby withdrawn as Counsel for Plaintiff, Eugene Nyambal, effective July ___, 2016.

_____
**Judge**