IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL<br><br>　Plaintiff,<br><br>v.<br><br>ALLIEDBARTON SECURITY SERVICES, LLC<br><br>　Defendant. | :<br>:<br>:<br>:<br>:<br>: **Civil Action No.: 14-1904 (EGS)**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO HIRE ATTORNEY**

COMES NOW the Defendant, ALLIEDBARTON SECURITY SERVICES, LLC, by and through counsel, Richard S. Schrager, Esquire and Bacon, Thornton & Palmer, LLP, and by way of opposition to Plaintiff's Motion for Extension of Time to Hire Attorney, respectfully states as follows:

This matter has been pending in this Court since November 2014. Counsel has represented plaintiff during the substantive portions of these proceedings. Plaintiff had counsel when dispositive motions were filed, opposed, and ruled upon. Those counsel have withdrawn.

Plaintiff has since contacted "over 50 attorneys", none of whom has agreed to represent them. There is no reason to believe that Plaintiff will be successful in retaining counsel in the foreseeable future.

It is unfortunate that present immigration policies prohibit the Plaintiff from returning to the United States, but there is no reason to believe that those policies will be changed in the foreseeable future.

Plaintiff has had his day in Court. Three years have already elapsed. Defendant continues to be prejudiced by this delay, which is solely due to the Plaintiff's actions and inaction. Defendant respectfully requests that the Plaintiff's motion be denied.

                        Respectfully submitted,

                        BACON, THORNTON, & PALMER LLP

By:    /s/ Richard S. Schrager #349530
        6411 Ivy Lane
        Suite 500
        Greenbelt, MD  20770-1411
        rschrager@lawbtp.com
        301-345-7001

        /s/ Edward C. Bacon #270124
        6411 Ivy Lane
        Suite 500
        Greenbelt, MD  20770-1411
        ebacon@lawbtp.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of August 2017, a copy of the foregoing was

served electronically on:

John M. Shoreman (DC Bar 407626)
McFADDEN & SHOREMAN
1050 Connecticut Avenue, N.W., Suite 1000
Washington, D.C.  20036
*Counsel for Plaintiff*

Donald M. Temple [#408749]
1101 15th Street, N.W., Suite 203
Washington, D.C. 20005
(202) 628-1101 Telephone
(202) 628-1149 Facsimile
dtemplelaw@gmail.com
*Attorney for Plaintiff*,

and mailed first-class, postage pre-paid to:

Eugene Nyambal, *pro se*
5734 First Street South
Arlington, VA 22204

/s/ Richard S. Schrager