UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EUGENE NYAMBAL, <br><br> Plaintiff, <br><br> v. <br><br> ALLIEDBARTON SECURITY SERVICES,LLC <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 14-1904 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion it is hereby

**ORDERED** that plaintiff's motion for leave to file a supplemental memorandum is **DENIED**; and it is further

**ORDERED** that plaintiff's motion for reconsideration of the Court's Order dismissing his defamation claim is **GRANTED**. Plaintiff's defamation claim may proceed to discovery; and it is further

**ORDERED** that the parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. The parties shall file a meet and confer report by no later than November 1, 2018.

    **SO ORDERED.**

**Signed:   Emmet G. Sullivan**
             **United States District Judge**
             **October 17, 2018**