IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EUGENE NYAMBAL | ) | |
| Plaintiff, | ) | Civil Action No. 14-1904 (EGS) |
| V. | ) | |
| | ) | |
| Allied Barton Security Services LLC, | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S MOTION TO WITHDRAW ATTORNEY**

Eugene Nyambal (hereinafter "Plaintiff" or "Nyambal"), Pro Se, moves to respectfully inform this court that at the request of Plaintiff, he and his new counsel, Mr. Joseph L. Meadows have agreed to terminate the legal representation agreement that was entered before this court on November 2, 2018 for failure to reach common grounds of collaboration in the above captioned litigation.

As requested by Counsel, Plaintiff has fully paid the retainer fee in the amount of $25,000. However, the Counsel, through his law firm, Bean Kinney Korman has decided that this retainer fee shall only be applied to the final to the final statement of services and expenses and will not be credited toward payment of any interim fees and expenses, which must be paid by the end of each month. On this basis, On November 7, 2018, Counsel sent his first invoice to Plaintiff from their first contact on October 26 through October 31, 2018 in the amount of $2,125 for their email and phone communication, drafting notice of appearance, reviewing docket materials and beginning research of new claims and defamation. Plaintiff asked counsel to apply this first bill to the $25,000 retainer fee. Counsel refused and requested an additional payment to cover this interim invoice. Based on Counsel's lack of flexibility, the parties agreed to terminate representation with immediate effect with the understanding that the law firm will refund the Plaintiff's retainer of $25,000 after deducting

the alleged October fees of $2,125. Although Bank statements show that the retainer check was cashed on October 31, 2018, Counsel is still yet to refund Plaintiff, as of November 14, 2018, alleging that it takes 10 business / non-holiday days to clear the check and initiate the refund.

In a wider context, when opposing corruption to protect public funds in 2009 and 2013, Plaintiff had unwavering trust in whistleblower protection against retaliation in the United States of America. Several years later, the financial, emotional and reputational cost of retaliation is beyond remedy for Plaintiff and his family. As a victim, Plaintiff did not expect to be facing the unbearable cost and unexpected roadblocks associated with his quest for justice. In a related case, Plaintiff has seen his former attorney inform him that settlement negotiations had failed and thereafter file on his behalf a concealed Stipulation to Dismiss without his knowledge and consent. Under the prevailing circumstances, it is unclear how the poor, the weak and the victim can have their day in court.

For the foregoing reasons, Plaintiff prays this Honorable Court to grant the Motion to Withdraw attorney, as agreed by Plaintiff and his attorney of record.

Respectfully submitted,

By_____

Eugene Nyambal, PRO SE
5734 first Street South
Arlington, VA 22204
Email: enyambal@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November 2018 a true and correct copy of the foregoing was served via mail and email transmission upon the following:

Joseph L. Meadows
Bean Kinney & Korman Attorneys
2300 Wilson Boulevard
Arlington, VA, 22201
Tel: 703 525 4000

Edward C. Bacon #270124
Richard S. Schrager #349530
Bacon, Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770-1411
Tel: 301-345-7001
ebacon@lawbtp.com
rschrager@lawbtp.com

_____
Eugene Nyambal



2311 Wilson Boulevard, Suite 500
Arlington, Virginia 22201
703.525.4000 | 703.525.2207
www.beankinney.com

Page: 1
Eugene Nyambal                                                           10/31/2018
5734 First Street South                                     MATTER NO.   21085-000M
Arlington VA 22204-1106                                     INVOICE NO.           1

Defamation Litigation

|            |     |                                                                                                                                                                            | HOURS |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/26/2018 | JLE | Conference with Mr. Meadows re case background. [No Charge]                                                                                                                | 0.50  |          |
| 10/29/2018 | JLE | Review docket, correspondence, and orders; discuss with Mr. Meadows. | 1.50 | |
| | | Jennifer L. Elgin | 2.00 | |
| 10/29/2018 | ZRA | Confer with Mr. Meadows and Ms. Elgin re: case background, review procedural history. Review docket materials and correspondence. | 1.00 | |
| 10/30/2018 | ZRA | Continue reviewing docket materials and pleadings previously filed in case; Begin research of new claims and defamation elements; begin drafting Case Memorandum. | 3.00 | |
| 10/31/2018 | ZRA | Draft Notice of Appearance. [No Charge] | 0.25 | |
| | | Zack R. Andrews | 4.25 | |
| 10/26/2018 | JM  | Emails with client re case introduction call; emails with Ms. Elgin re background materials; attend to staffing. [No Charge] | 0.50 | |
| 10/29/2018 | JM  | Call and emails with client re case background, scheduling order deadlines, and next steps call; meeting with Ms. Elgin and Mr. Andrews re same; review file for DC research and discovery models. | 1.00 | |
| 10/31/2018 | JM  | Conference with Mr. Andrews re motion to amend complaint and limitations research. [No Charge] | 0.25 | |
| | | Joseph L. Meadows | 1.75 | |
|            |     | FOR CURRENT SERVICES RENDERED                                                                                                                                              | 8.00  | 2,125.00 |

RECAPITULATION
| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Jennifer L. Elgin | 0.50 | $0.00 | $0.00 |
| Jennifer L. Elgin | 1.50 | 400.00 | 600.00 |
| Zack R. Andrews | 0.25 | 0.00 | 0.00 |
| Zack R. Andrews | 4.00 | 275.00 | 1,100.00 |

Eugene Nyambal

Defamation Litigation

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Joseph L. Meadows | 0.75 | 0.00 | 0.00 |
| Joseph L. Meadows | 1.00 | 425.00 | 425.00 |

TOTAL CURRENT WORK     2,125.00

BALANCE DUE     $2,125.00

Your trust account #7 balance is $25,000.00

*TO ENSURE PROPER CREDIT, PLEASE REFERENCE THE MATTER NUMBER WITH YOUR PAYMENT AND MAKE CHECKS PAYABLE TO BEAN KINNEY & KORMAN.*

*THIS STATEMENT MAY NOT REFLECT PAYMENTS RECEIVED AFTER OCTOBER 31, 2018.*