UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL, | ) |
|    Plaintiff, | ) |
|    v. | )    Case No.: 1:14-cv-01904 (EGS) |
| ALLIED BARTON SECURITY SERVICES, LLC, | ) |
|    Defendant. | ) |

## **MOTION TO WITHDRAW APPEARANCE OF MOHAIMINA HAQUE, ESQ.**

COMES NOW Counsel for the Plaintiff, Mohaimina Haque, Esq., and moves to withdraw as Counsel pursuant to LCvR 83.6 for the following reasons:

1. As of this writing, Counsel has developed irreconcilable differences with Plaintiff. Plaintiff would like to engage in motion practice that Counsel believes after a conscientious examination of the Court's prior Order, the applicable law, Federal Rules of Civil Procedure, local law, and ethical considerations would be frivolous. Therefore, Counsel is notifying the Court about Counsel's intent to withdraw from further representation of Plaintiff.

2. Plaintiff has notified Counsel and is apparently determined to file a second amended complaint by August 30, 2019.

3. Plaintiff has been notified about Counsel's intent to withdraw, and consents to such withdrawal.

4. No new counsel is determined as of now.

5. Defendant has been notified via phone on August 28, 2019 regarding the filing of this Motion. Defendant takes no position to either to consent or object to this Motion.

Accordingly, the undersigned urges the Court to order the immediate withdrawal of the appearance of Mohaimina Haque, Esq. as Counsel for Plaintiff Eugene Nyambal.

August 29, 2019

Respectfully Submitted,

/s/ Mohaimina Haque

Mohaimina Haque (DC Bar No: 1644522)
Law Office of Mohaimina Haque, PLLC
1629 K Street, Suite: 300
Washington, DC, 20006
202-355-6384
mina@attorneymina.com

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 29th day of August 2019 a true and correct copy of the foregoing was served via ECF and email transmission upon the following:

Edward C. Bacon (DC Bar No. 270124)
Richard S. Schrager (DC Bar No. 349530)
BACON, THORNTON & PALMER, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770-1411
(301) 345-7001
ebacon@lawbtp.com
rschrager@lawbtp.com
*Counsel for Defendant*

Eugene Nyambal
5734 First Street South,
Arlington, VA 22204
enyambal@yahoo.com

                                /s/ Mohaimina Haque

                                Mohaimina Haque (DC Bar No: 1644522)
                                Law Office of Mohaimina Haque, PLLC
                                1629 K Street, Suite: 300
                                Washington, DC, 20006
                                202-355-6384
                                mina@attorneymina.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EUGENE NYAMBAL, | ) | |
|    Plaintiff, | ) | |
|      v. | ) | Case No.: 1:14-cv-01904 (EGS) |
| ALLIED BARTON SECURITY | ) | |
| SERVICES, LLC, | ) | |
|    Defendant. | ) | |

ORDER

It is hereby ordered, Mohaimina Haque, Esq. is hereby withdrawn as Counsel for Plaintiff, Eugene Nyambal, effective August_____, 2019

Judge Emmet G. Sullivan