# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EUGENE NYAMBAL,            )
                           )
    Plaintiff,         )
                           )
v.                         )   Case No.: 1:14-cv-01904-EGS
                           )
ALLIEDBARTON SECURITY      )
SERVICES, LLC,             )
                           )
    Defendant.         )

## STATUS REPORT ON HIRING NEW COUNSEL

In accordance with the October 24, 2019 Court Order instructing Eugene Nyambal ("Plaintiff"), to file a status report by November 27, 2019, Plaintiff PRO SE, hereby respectfully moves to inform this Court that he has retained new Counsel who will be entering representation this week.

Regarding the November 13, 2019 Minute Order, Plaintiff would like to clarify that, as instructed by the September 19, 2019 Minute Order, he had filed a Leave of Court to file Motion for Reconsideration of the September 19 and September 24, 2019 Minute Orders. He thereafter called Chambers and left a voicemail stating that in the next few days, he will be sending information in writing showing that he had conferred with Opposing Counsel.

Plaintiff hereby confirms that he had conferred with Opposing Counsel for these motions.

Plaintiff would like to apologize if he has made any mistake by providing this information to the Court. He has no intent to engaging in "ex-parte communications" in this case.

Plaintiff would like to reiterate his commitment to fully complying with the Court Orders. This Court is his only hope for justice.

Respectfully submitted

Eugene Nyambal-PRO SE

RECEIVED
Mail Room
NOV 22 2019