IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EUGENE NYAMBAL**  :  :   **Plaintiff**   :  :  **v.**   :  :  **ALLIEDBARTON SECURITY SERVICES, LLC**  :  :   **Defendant**   :  :  : | Civil Action No.: **14-1904 (EGS)** |

## DEFENDANT'S STATUS REPORT

I. <u>Status</u>

(The parties have consulted on numerous occasions in an effort to provide a Joint Status Report, as requested by the Court. Unfortunately, they have not been able to come to an agreement on the content of a Status Report. In an email received by undersigned counsel on October 20, 2021, Plaintiff stated, "Because we [don't] have the same concerns going forward, I advise that we file separate status reports." In his most recent "Supplemental Notice of Appeal of the Orders of October 6 and September 29, 2021, Plaintiff stated that he

> "…will not consent to filing any joint report for further proceedings that does not include the docketing and adjudication of the following documents whose docketing was whimsically denied in violation of Judge Sullivan's ministerial duties, Plaintiff's due proves rights and Fed.R.App 10(a)." ECF No. 203.

As such, Defendant files this Status Report on its own, with the understanding that Plaintiff will also file a separate Status Report.)

The Defendant provides this Status Report pursuant to the Court's request in its Minute Order of October 6, 2021.

Following the mandate of the U.S. Circuit Court of Appeals for the District of Columbia, Plaintiff's first interlocutory appeal was dismissed. At best and latest count, Plaintiff has filed five more interlocutory appeals, and two Petitions for Writs of Mandamus. All of those are pending before the Court of Appeals.

Defendants would again ask the Court to consider staying this matter until all issues in the Court of Appeals are decided. Plaintiff likely will continue supplementing his Notice of Appeal and adding to the record with every motion that is denied or for which leave to file is denied. Defendants submit that it is unfair and a waste of the parties' and the Court's resources to allow the Plaintiff to proceed simultaneously in two forums. Plaintiff opposes any stay, and requests rulings on all outstanding motions.

Prior to that, the parties had engaged in written discovery on the only remaining defamation claim. In light of the Memorandum and Opinion of Magistrate Judge Faruqui dated September 29, 2021, the parties are still completing written discovery.

II. Discovery

As stated above, the parties have engaged in discovery on the remaining defamation claim since February 1, 2019, up to the time that discovery was stayed and as renewed by Judge Faruqui.

Defendant desires to depose the Plaintiff and several of the witnesses to the alleged incidents which form the basis of the Complaint. In light of these circumstances and the uncertainty created by the ongoing pandemic, Defendant would request that discovery remain open for at least 120 days from the entry of any order by the Court. Defendant notes that upon information and belief, Plaintiff is not in the United States, and cannot state when he will be permitted to return.

Defendant will leave to Plaintiff to identify any pending motions in his Status Report.

III. Dispositive Motions

Defendant anticipates filing a dispositive motion(s), and would ask the Court to allow sufficient time after the close of discovery to accomplish this.

IV. Settlement

The parties have not engaged in any settlement discussions since the last Joint Status Report to the Court. Pursuant to Local Civil Rule 84.4(c), this case is considered "ineligible" for mediation due to Plaintiff's *pro se* status.

RESPECTFULLY SUBMITTED,

BACON, THORNTON, & PALMER LLP
/s/ Richard S. Schrager  #349530
/s/ Edward C. Bacon #270124
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770-1411
rschrager@lawbtp.com
ebacon@lawbtp.com
301-345-7001
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of October 2021, a copy of the foregoing was filed electronically and served by email on:

Eugene Nyambal
5734 First Street South
Arlington, VA 22204
Email: enyambal@yahoo.com
*Plaintiff*

/s/ Richard S. Schrager