IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> ALLIEDBARTON SECURITY : <br> SERVICES, LLC : <br> : <br> Defendant : <br> : <br> : | Civil Action No.:  14-1904 (EGS) |

**STATUS REPORT OF DEFENDANT ALLIEDBARTON SECURITY SERVICES, LLC**

The Defendant, AlliedBarton Security Services, LLC ("ABSS"), pursuant to the Court's Minute Order of December 2, 2021 and Supplemental Order of April 20, 2022, provides this Court with the following Status Report and recommendation for further proceedings.

Preliminarily, undersigned counsel would note that since December 28, 2015, the Defendant was principally represented by Richard S. Schrager, who retired from the law office of Bacon, Thornton & Palmer, LLP effective April 1, 2022.  Undersigned counsel remained an attorney of record throughout these proceedings and, as a result of Mr. Schrager's retirement, has reassumed the duties of primary counsel for the Defendant.

In reassuming the duties as primary counsel, undersigned counsel has undertaken a detailed review of the docket entries in an effort to become familiar with the fairly complex and confusing procedural history of this case.  As the Court is aware, the operative Complaint filed in the Superior Court for the District of Columbia was dismissed by Order dated January 26, 2016.  Plaintiff sought reconsideration of the initial ruling and, on October 17, 2018, the Court granted the Motion for Reconsideration as to Count III for Defamation.  Two weeks after the granting of the Motion for

1

Reconsideration, there began a flurry of activity dealing with the withdrawal of counsel for Mr. Nyambal and efforts by Mr. Nyambal to file an Amended Complaint. A review of the docket indicates that Mr. Nyambal has been represented by no less than nine different attorneys during the pendency of this case, there have been multiple appeals to the U.S. Court of Appeals for the District of Columbia, as well as multiple Motions for Recusal.

In reviewing the procedural history of this case, undersigned counsel could not locate a docket entry reflecting the Answer on behalf of the Defendant to the remaining defamation count (Count III). Undersigned counsel has corrected this deficiency by filing the Answer on behalf of AlliedBarton Security Services, LLC.

Undersigned counsel would note that it is apparent from reviewing the procedural history that all parties and prior counsel for both Plaintiff and Defendant have operated on the assumption that the Defendant denied the allegations of defamation. No request for default has ever been filed and the Defendant would respectfully suggest that no actual prejudice has resulted by the oversight in filing the Answer to denying the allegations to the defamation claim.

Undersigned counsel also notes that ABSS provided discovery responses to the discovery limited to the defamation claim. Having reviewed this matter in detail, ABSS does not intend to conduct any further discovery, including depositions, and does not seek leave to re-open or extend discovery proceedings for that purpose.

However, Mr. Nyambal has identified and previously sent deposition notices of three individuals (Sanorae Banks, Howard Bell, and Patrina Simpson) associated with ABSS, two of which he noted to be former employees. ABSS has no objection to the taking of the depositions but is not in a position as of the date of this Status Report to determine whether a subpoena may be required for the attendance of one or more of the three individuals Mr. Nyambal seeks to depose.

It is the desire and intent of undersigned counsel to assist in having this case in an appropriate posture so that Mr. Nyambal can complete the depositions of the three identified individuals, and a dispositive motion deadline can be scheduled approximately 45 days thereafter.

ABSS would therefore request that the court provide a 60-day window for Mr. Nyambal to complete the requested depositions, setting a new deadline of either June 24, 2022 or June 30, 2022. This should provide Mr. Nyambal and undersigned counsel with sufficient time to find a mutually convenient date, determine the availability of the individual witnesses and whether any will require the issuance and service of a subpoena for attendance.

Undersigned counsel represents to this Court that he will work diligently to complete the steps necessary for this case to be placed in an appropriate posture for further proceedings withing the next 60 days.

BACON, THORNTON & PALMER, LLP

*/s/ Edward C. Bacon*
Edward C. Bacon, # 270124
BACON, THORNTON & PALMER, L.L.P.
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
ebacon@lawbtp.com
301-345-7001
301-345-7075 – fax
(Attorneys for Defendant AlliedBarton Security Services, LLC)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of April, 2022, a copy of the foregoing Status Report of Defendant AlliedBarton Security Services LLC, was mailed postage first class, and electronically served via email to:

Eugene Nyambal
c/o Christine Tambi
9861 Good Luck Road, Apt. 2
Lanham, MD 20706
Email: enyambal@yahoo.com
(*Pro Se*)

/s/ Edward C. Bacon
Edward C. Bacon