# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EUGENE NYAMBAL** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No.:  14-1904 (EGS) |
| **ALLIEDBARTON SECURITY SERVICES, LLC** | ) |
| **Defendant.** | ) |

## APPEARANCE OF COUNSEL

Please take notice I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Eugene Nyambal in the above captioned matter.

Date: April 28, 2022

/s/Mohaimina Haque
Mohaimina Haque, Esq.
Bar # 1644522
Law Office of Mohaimina Haque, PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: 202-355-6384
Email: mina@attorneymina.com

## CERTIFICATE OF SERVICE

I certify that on this 28th day of April 2022, a copy of the foregoing was served via the court's electronic case filing system upon the following:

Mr. Edward C. Bacon, #270124
6411 Ivy Lane
Suite 500
Greenbelt, MD  20770-1411
ebacon@lawbtp.com

/s/Mohaimina Haque
Mohaimina Haque, Esq.
Bar # 1644522
Law Office of Mohaimina Haque, PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: 202-355-6384
Email: mina@attorneymina.com
