UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE NYAMBAL,

Plaintiff,

v.                                        Case No.: 1:14-cv-01904 (EGS)

ALLIED BARTON SECURITY
SERVICES, LLC.

Defendant.

## MOTION TO WITHDRAW APPEARANCE OF MOHAIMINA HAQUE, ESQ. AND J. NELSON HAPPY, ESQ. AS ATTORNEYS FOR PLAINTIFF EUGENE NYAMBAL

COMES NOW counsel for the Plaintiff, Mohaimina Haque, Esq., and J. Nelson Happy Esq., on this 27th day of July, 2022, and hereby moves the court for an order allowing them to withdraw as counsel for Plaintiff Eugene Nyambal.

1. Plaintiff Eugene Nyambal and the undersigned counsel have mutually agreed that counsel should withdraw as attorneys for Plaintiff.  Therefore, counsel is hereby seeking leave of court to withdraw from further representation of Plaintiff.

2. Plaintiff Eugene Nyambal has been notified of the undersigned counsel's intent withdraw and has consented thereto.

3. No new counsel has been retained.

4. Defendant's counsel has been notified of counsel's intent to file this motion.

Accordingly, the undersigned moves the court for order allowing the immediate withdrawal of Mohaimina Haque, Esq. and J. Nelson Happy, Esq. as counsel for Plaintiff Eugene Nyambal.

Respectfully submitted,


By: /s/ Mohaimina Haque
Mohaimina Haque, Esq.,
DC # 1644522

/s/ J. Nelson Happy
J. Nelson Happy, Esq.
DC# #435987

Attorneys for Plaintiff Eugene Nyambal
Law Office of Mohaimina Haque, PLLC
1629 K Street, NW, Suite 300
Washington, D.C. 20006
Email: mina@attorneymina.com
Tel: 202-355-6384

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of July, 2022 a copy of the foregoing Motion to Withdraw was mailed postage first class, and electronically served via email to:

Edward C. Bacon
Bacon, Thornton &amp; Palmer, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
ebacon@lawbtp.com
(Attorneys for Defendant AlliedBarton
Security Services. LLP)

Eugene Nyambal
C/o Christine TAMBI
9861 Good Luck Road, Appt. 2
Lanham, MD 20706
Email: enyambal@yahoo.com

/s/ J. Nelson Happy
J. Nelson Happy

(Proposed Order)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE NYAMBAL,

Plaintiff,

v.                                                                                  Case No.: 1:14-cv-01904 (EGS)

ALLIED BARTON SECURITY

SERVICES, LLC.

Defendant.

ORDER

Upon consideration of the motion filed by Mohaimina Haque and J. Nelson Happy for leave to immediately withdraw as counsel for Plaintiff Eugene Nyambal, it is this ___ day of _____, 2022, hereby:

**ORDERED,** that the motion is **GRANTED** and Mohaimina Haque and J. Nelson Happy are hereby granted leave to withdraw immediately as counsel for Plaintiff Eugene Nyambal.

_____

Emmet G. Sullivan, Senior Judge
U.S. District Court for the District of Columbia

Copies to:
Edward C. Bacon, Esq.
Bacon, Thornton & Palmer, LLP.
6411 Ivy Lane, Suite 500
Capitol Office Park,
Greenbelt, MD 20770

Eugene Nyambal
C/o Christine TAMBI
9861 Good Luck Road, Appt. 2
Lanham, MD 20706
Email: enyambal@yahoo.com


Mohaimina Haque, Esq.,
J. Nelson Happy, Esq.
Law Office of Mohaimina Haque, PLLC
1629 K Street, NW, Suite 300
Washington, D.C. 20006
Email: mina@attorneymina.com