UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EUGENE NYAMBAL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-1904 (EGS) |
| | ) | |
| | ) | Judge Emmet G. Sullivan |
| **ALLIEDBARTON SECURITY SERVICES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL COUNSEL OF RECORD:**

Pursuant to Local Rule 83.6, please enter the appearance of Amy E. Norris, Esquire, Norris Law, as counsel for Plaintiff Eugene Nyambal.

Dated: November 28, 2022.

Respectfully submitted,

*/s/ Amy E. Norris, Esq.,* (#1017140)
Amy@norrislawgroup.org
202 830-1225
NORRIS LAW, PLLC

616 E Street N.W, Suite 1156
Washington, DC 20004

## CERTIFICATE OF SERVICE

I certify that, on November 28, 2022, I served a copy of the above document on the following via electronic mail:

Edward C. Bacon (DC Bar No. 270124)
BACON, THORNTON & PALMER, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770-1411
(301) 345-7001
ebacon@lawbtp.com
rschrager@lawbtp.com
Counsel for Defendant

/s/ *Amy E. Norris*