# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EUGENE NYAMBAL,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 14-1904 (EGS) |
| | ) Judge Emmet G. Sullivan |
| **ALLIEDBARTON SECURITY SERVICES, LLC,** | ) |
| **Defendant.** | ) |

## PROPOSED ORDER

Upon consideration of Defendant's Motion for Reconsideration of Court Orders Denying Defendant's Motion for Leave to Permit Filing of Late Answer and Granting Plaintiff's Motion to Strike Answer, Plaintiff's Opposition, and the entire record thereof, it is hereby

**ORDERED,** that Defendant's Motion for Reconsideration is DENIED.

**SO ORDERED.**

**Date**:_____                    _____

**JUDGE EMMET G. SULLIVAN**
**United States District Judge**