UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EUGENE NYAMBAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 14-1904 (EGS) |
| | ) | |
| | ) | Judge Emmet G. Sullivan |
| **ALLIEDBARTON SECURITY SERVICES, LLC,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**Praecipe to Clerk of the Court Requesting a Default**

To the Clerk of the Court:

The Clerk of the Court is requested to enter a default per Rule 55(a) against Alliedbarton Security Services, LLC per the Affidavit in Support of Default attached. No answer was filed in this case, and filing a default is proper per Order from Judge Emmet G. Sullivan on November 2, 2022.

Dated: November 30, 2022

    Respectfully submitted,

    /s/ *Amy E. Norris*
    Amy E. Norris
    NORRIS LAW GROUP
    616 E Street N.W.
    Suite 1156
    Washington, DC 20004
    (202) 830-1225
    amy@norrislawgroup.org

    *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EUGENE NYAMBAL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-1904 (EGS) |
| | ) | |
| | ) | Judge Emmet G. Sullivan |
| **ALLIEDBARTON SECURITY SERVICES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AFFIDAVIT OF EUGENE NYAMBAL IN SUPPORT OF DEFAULT

I, **Eugene Nyambal**, hereby declare under penalty of perjury that the following is true and correct:

- Proof of service has been filed. Proof of service was filed on October 29, 2014 for the original action in D.C. Superior Court. The Complaint was served on October 15, 2014 on AlliedBarton Security Services, LLC by registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):  *10/29/2014.*
- The time for the adverse party to plead or appear in Court has passed.
- The defendant is not in the military.
- There has been compliance with the Soldiers and Sailors Civil Relief Act of 1940.

_____
Eugene Nyambal

Executed on: November 29, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November 2022, a copy of the foregoing was served electronically on:

Edward C. Bacon (DC Bar No. 270124)
BACON, THORNTON & PALMER, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770-1411
(301) 345-7001
ebacon@lawbtp.com
rschrager@lawbtp.com
Counsel for Defendant

/s/ *Amy E. Norris*