UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-1904 (EGS) |
| ) | |
| ) | Judge Emmet G. Sullivan |
| ALLIEDBARTON SECURITY ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AFFIDAVIT OF EUGENE NYAMBAL IN SUPPORT OF DEFAULT

I, **Eugene Nyambal**, hereby declare under penalty of perjury that the following is true and correct:

- Proof of service has been filed. Proof of service was filed on October 29, 2014 for the original action in D.C. Superior Court. The Complaint was served on October 15, 2014 on AlliedBarton Security Services, LLC by registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): *10/29/2014*.
- The time for the adverse party to plead or appear in Court has passed.
- The defendant is not in the military.
- There has been compliance with the Soldiers and Sailors Civil Relief Act of 1940.

_____
Eugene Nyambal

Executed on: November 29, 2022