Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

EUGENE NYAMBAL

        Plaintiff(s)

v.

ALLIED BARTON SECURITY SERVICES, LLC

        Defendant(s)

Civil Action: 14-cv-01904-EGS-ZMF

**RE:** ALLIED BARTON SECURITY SERVICES, LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 10/15/2014, and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of December, 2022 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
     Deputy Clerk