UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EUGENE NYAMBAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 14-1904 (EGS) |
| | ) | |
| | ) | Judge Emmet G. Sullivan |
| **ALLIEDBARTON SECURITY SERVICES, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PROPOSED ORDER

Upon consideration of Defendant's Motion to Set Aside Entry of Default, Plaintiff's Opposition, and the entire record thereof, it is hereby

**ORDERED,** that Defendant's Motion Set Aside Entry of Default is DENIED.

SO ORDERED.

**Date**:_____                                 _____

**JUDGE EMMET G. SULLIVAN**

**United States District Judge**