UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL, )<br>)<br>  Plaintif, )<br>)<br>v. )<br>)<br>)<br>ALLIEDBARTON SECURITY )<br>SERVICES, LLC, )<br>)<br>  Defendant. )<br>) | Case No. 14-1904 (EGS)<br><br>Judge Emmet G. Sullivan |

### MOTION TO WITHDRAW APPEARANCE

**COMES NOW** Amy E. Norris, Esquire and moves to withdraw as counsel herein. In support thereof, Counsel further states:

1. A conflict of interest has occurred between Amy E. Norris and client Eugene Nyambal.

2. The details of the conflict contain a client confidence and secret.

3. Under the D.C. Rules of Professional Conduct 1.6, counsel cannot divulge the nature of the conflict, as to do so would violate Rule 1.6, as the details contain a client confidence and secret.

4. The client's conduct has made representation unreasonably difficult.

5. The conflict of interest rises to the level where we can no longer provide competent and diligent representation.

6. Eugene Nyambal received notice of withdrawal, in compliance with D.C. District Court LCvR 83.5. On March 21, 2023, counsel sent notice under LCvR 83.5 of the withdrawal. Amy Norris advised the client to obtain other counsel, of if the client intends to represent himself or herself or to object to the withdrawal, to so notify the clerk

in writing within 7 days of service of the motion upon the client. The address of record of the clients is contained in the Certificate of Service herewith. Undersigned counsel certifies that the notice was provided.

Wherefore, Counsel moves to withdraw appearance.

Respectfully submitted,

*/s/ Amy E. Norris, Esq., (#1017140)*
Amy@norrislawgroup.org
202 830-1225
NORRIS LAW, PLLC

616 E Street N.W, Suite 1156
Washington, DC 20004

## POINTS & AUTHORITIES

D.C. Rules of Professional Conduct, Rule 1.6
D.C. Rules of Professional Conduct, Rule 1.16
D.C. District Court LCvR 83.5

/s/
_____
Amy E. Norris, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the motion was served on this 24th day of March upon:

Eugene Nyambal
c/o Christine Tambi
9861 Good Luck Road, Apt. 2
Lanham, MD 20706
Email:  enyambal@yahoo.com

The attorney has served upon the party a copy of the motion and a notice advising the party to obtain other counsel, or, if the party intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within seven days of service of the motion.

/s/
_____
Amy E. Norris, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EUGENE NYAMBAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 14-1904 (EGS) |
| | ) | |
| | ) | **Judge Emmet G. Sullivan** |
| **ALLIEDBARTON SECURITY SERVICES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**HAVING CONSIDERED** Counsel's Motion to Withdraw under D.C. District Court LCvR 83.5, the absence of any Opposition thereto, it is this __ day of _____, 20___,

**ORDERED THAT** the Motion should be, and hereby is **GRANTED.**

**IT IS FURTHER ORDERED THAT** Amy E. Norris is hereby withdrawn from this matter.

_____
JUDGE

Page 4 of 4: Motion to Withdraw Appearance